ARTHUR CHINSKI, ESQ. (California State Bar No. 048945)
ELIZABETH H. MURPHY (California State Bar No. 174095)
BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation
601 South Figueroa Street, Suite 2400
Los Angeles, California 90017-5704
(213) 891-0700 FAX: (213) 896-0400

Attorneys for Defendant
AMERIQUEST MORTGAGE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| HALVER BAILEY, LEVI R. LIBRA AND ALLEN LECUYER, ON BEHALF OF THEMSELVES AND OTHER PAST AND PRESENT EMPLOYEES SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 0: 01-CV-545 JRT/FLN<br><br>**STIPULATION RE ENLARGEMENT OF TIME FOR AMERIQUEST MORTGAGE COMPANY TO RESPOND TO COMPLAINT**<br><br>[FRCP, Rule 6]<br><br><u>OLD DUE DATE</u><br>April 23, 2001<br><br><u>NEW DUE DATE</u><br>May 16, 2001 |

Plaintiffs, Halver Bailey, Levi R. Libra and Allen LeCuyer, on behalf of themselves and other past and present employees similarly situated, (the "Plaintiffs") and Defendants, Ameriquest Mortgage Company ("Ameriquest") hereby stipulate and agree, by and through their respective counsel, as follows:

WHEREAS, Plaintiffs filed the Complaint in this matter (the "Complaint") on March 28, 2001;

WHEREAS, Plaintiffs served Ameriquest with a copy of the Summons and Complaint on

FILED APR 1 9 2001
CLERK
DEPUTY CLERK

April 3, 2001;

WHEREAS, Ameriquest's response to the Complaint is due for filing and service on or before April 23, 2001;

WHEREAS, Plaintiffs and Ameriquest need additional time to determine if discussions aimed at resolving this matter short of protracted litigation would be fruitful;

WHEREAS, Plaintiffs have agreed to allow Ameriquest an additional twenty-three (23) days (until May 16, 2001) to file its response to the Complaint; and

WHEREAS, this Stipulation requesting an Order Enlarging Time For Ameriquest To Respond to Complaint is not interposed for the purpose of delay.

Based upon the foregoing facts, Plaintiffs and Ameriquest hereby stipulate and agree that Ameriquest's response to the Complaint shall be due on or before May 16, 2001.

SO STIPULATED.

Dated: April 17, 2001

NICHOLS KASTER & ANDERSON

By:____________________
PAUL J. LUKAS
Attorneys for Plaintiffs Halver Bailey, Levi R. Libra and Allen LeCuyer, on behalf of themselves and other past and present employees similarly situated.

SO STIPULATED.

Dated: April 16, 2001

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By:____________________
ARTHUR CHINSKI
Attorneys for Defendant AMERIQUEST MORTGAGE COMPANY

IT IS SO ORDERED.

Dated: April 19, 2001

____________________
~~JUDGE~~/MAGISTRATE, UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA