137802

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-545 Case Title: Bailey v. Ameriquest

**Affidavit of Movant**

I, Robert Reinhart, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Ruth Seroussi, an attorney admitted to practice in the Central District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant Ameriquest Mortgage Co. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] MN Attorney License # 90566 Date: 6/4/01

**Affidavit of Proposed Admittee**

I, Ruth Seroussi, am currently a member in good standing of the U.S. District Court for the Central District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Ruth L Seroussi Signature: [signature] Date: 5/16/01

Attorney License Number: California 182623

Law Firm Name & Address: Buchalter Nemer Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Telephone: (213) 891-5072

Motion Granted: [signature: Francis E. Dosal] Date: JUN 05 2001

For the Court: Francis E. Dosal, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 05 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______