137802

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-545 **Case Title:** Bailey v. Ameriquest

**Affidavit of Movant**

I, Robert Reinhart, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Arthur Chinski, an attorney admitted to practice in the Central District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant ______ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 90566 6/4/01

Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Arthur Chinski, am currently a member in good standing of the U.S. District Court for the Central District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Arthur Chinski [signature] May 24, 2001

Type/Print Name Signature Date

Attorney License Number: California 048945

Law Firm Name & Address: Buchalter, Nemer, Fields & Younger
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Telephone: (213) 891-0700

Motion Granted: [signature] JUN 05 2001

For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 05 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______