UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Halver Bailey, Levi R. Libra and Allen LeCuyer, on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Ameriquest Mortgage Company,

Defendants.

Case No. 01-545 (JRT/FLN)

**ORDER**

---

The above-entitled matter came on for hearing upon Plaintiffs' Motion for Approval of Method of Joinder. Based upon the memoranda, exhibits and all the files and proceedings herein, the Court makes the following:

**ORDER**

1. Plaintiffs' Motion to Compel answers to Interrogatory No. 1 is **GRANTED**. Defendant shall provide a complete answer to this interrogatory within seven (7) days of this Order.
2. Plaintiffs' Motion for Requesting Approval of their Proposed Method for Joinder is GRANTED. Each person who files a consent form with the Court will be a Plaintiff in this action as of the date of the filing.
2. The Clerk of Court is not required to docket the name of each new Plaintiff who joins this action by filing a consent form.

Dated: 9/19/01

BY THE COURT:

Franklin L. Noel
UNITED STATES MAGISTRATE JUDGE

FILED SEP 19 2001
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500