UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Halver Bailey, Levi R. Libra and Allen LeCuyer, on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Ameriquest Mortgage Company,

Defendants.

Case No. 01-545 (JRT/FLN)

**STIPULATION AND ORDER**

---

Pursuant to the Court's Order, Plaintiffs in the above-entitled action have joined this action by filing a consent form with the Court. The filed consent forms contain Plaintiffs' names, addresses, telephone numbers, social security numbers, and email addresses.

In an attempt to prevent solicitations resulting from the publication of this private information, IT IS HEREBY STIPULATED between the parties that the consent forms shall be sealed by the Court.

Dated: 4-4-05

**NICHOLS KASTER & ANDERSON**

Donald H. Nichols #78918
Paul J. Lukas, #22084X
Michele R. Fisher, #303069
4644 IDS Center
80 South 8th Street
Minneapolis MN 55402-2242
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

APR 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DORSEY & WHITNEY LLP

Dated: 4/14/03

Robert R. Reinhart, #0090566
Eric C. Sjoding, # 0314109
220 South Sixth Street, Suite 1300
Minneapolis MN 55402-7835
(612) 340-7835

BUCHALTER NEMER FIELDS & YOUNGER
Arthur Chinski, Esq.
Ruth L. Seroussi, Esq.
601 South Figueroa Street, Suite 2400
Los Angeles CA 90017-5704

ATTORNEYS FOR DEFENDANT

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that the Court Clerk shall seal the consent forms filed by Plaintiffs.

Franklin L. Noel
UNITED STATES MAGISTRATE JUDGE