UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| HALVER BAILEY, LEVI R. LIBRA and ALLEN LECUYER, on behalf of themselves and other past and present employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants. | CASE NO. 01-545 (JRT/FLN)<br><br>**STIPULATION AND [PROPOSED] ORDER (1) GRANTING PRELIMINARY APPROVAL FOR CERTIFICATION AND SETTLEMENT OF COLLECTIVE ACTION; (2) AUTHORIZING NOTICE TO CLASS MEMBERS; AND (3) SCHEDULING FINAL HEARING ON SETTLEMENT** |

WHEREAS, Plaintiffs Halver Bailey, Levi R. Libra and Allen Lecuyer have brought the above-entitled action on behalf of themselves and others similarly situated against Defendant Ameriquest Mortgage Company ("Ameriquest");

WHEREAS, the parties have jointly requested that Town & Country Credit Corp. ("Town & Country") be added to this lawsuit as a defendant for purpose of settlement, and counsel for Ameriquest also represents Town & Country in this matter;

WHEREAS, the parties have reached a settlement agreement and submitted a settlement Stipulation to the Court for review;

WHEREAS, this settlement Stipulation calls for the certification and settlement of a collective action;

WHEREAS, the parties are seeking preliminary approval from the Court for this settlement Stipulation and its associated certification of a collective action;

WHEREAS, the parties are further requesting authorization from the Court to provide notice to current and potential plaintiffs about this settlement Stipulation;

JUL 3 0 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties are further requesting that the Court schedule a hearing for final approval of the settlement Stipulation and entry of a judgment of dismissal;

WHEREAS, the parties through their counsel of record stipulate to the entry of an order in accordance with the foregoing:

IT IS HEREBY STIPULATED that an order be issued to the following effect:

(1) The Court orders that Town & Country be and hereby is added as a defendant in this matter, and the Court provides preliminary approval for the settlement Stipulation submitted by the parties. In particular, the Court preliminarily approves those aspects of the settlement Stipulation which provide for the certification of a collective action for the purposes of settlement;

(2) The Court authorizes the parties to provide notice to and solicit responses from current and potential plaintiffs in the manner and form set forth in the settlement Stipulation, and in particular, Exhibits 2 and 3 thereto; and

(3) The Court hereby schedules a hearing for final approval of the settlement Stipulation and entry of Judgment for Dec 19, 2003 at 9:00 A.M., at which time current and potential plaintiffs will be permitted to express any concerns they may have to the Court. To the extent current or potential plaintiffs wish to submit written objections, they must do so on or before October 3, 2003, and such objections shall be submitted to Plaintiffs' counsel.

DATED: 7/30, 2003

Respectfully submitted,

NICHOLS KASTER & ANDERSON, PLLP

By: ______________________

Donald H. Nichols #78918
Paul J. Lukas #22084X
Michele R. Fisher #303069
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Attorneys for Plaintiffs

DATED: 7-25-03, 2003

DORSEY & WHITNEY, L.L.P.

By: ______________________

Robert R. Reinhart #90566
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 30, 2003

______________________

John R. Tunheim
District Judge