# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-1444

| | | |
|---|---|---|
| Halver Bailey; Levi R. Libra; Allen Lecuyer, on behalf of themselves and other past and present employees similarly situated, | * | Appeal from the United States District Court for the District of Minnesota |
| Appellees. | * | |
| vs. | * | |
| Ameriquest Mortgage Company, | * | 01-545JRT/FLN |
| Appellant. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed in accordance with the opinion of this court.

Mandate shall issue forthwith.

(5172-010199)

October 14, 2003

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK